# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America )<br>v. )<br>Rey Quinones, aka Martin Cardoza )<br>DOB: xx/xx/xx-PDID: xxx-xxx )<br>Arnaldo Gonzalez-DOB: xx/xx/xx-PDID: xxx-xxx )<br>Eric Braxton, aka Papi-DOB: xx/xx/xx-PDID: xxx-xxx ) | Case No. |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 2013-July 13, 2013  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a schedule I narcotic drug contolled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

STEVEN WEATHERHEAD, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/15/2013

*Judge's signature*

City and state:  Washington, D.C.   DEBORAH A. ROBINSON, Magistrate Judge
*Printed name and title*